UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SHIELDS,<br>CDCR #AY-3237,<br><br>         Plaintiff,<br><br>vs.<br><br>Chaplain KAHN; R. BROWN,<br>Community Resources Manager;<br>E. GARZA, Captain;<br>D. PARAMO, Warden,<br><br>         Defendants. | Case No.: 3:18-cv-00099-DMS-BLM<br><br>**ORDER SUA SPONTE DISMISSING CIVIL ACTION WITHOUT PREJUDICE** |

  On December 29, 2017, PATRICK SHIELDS ("Plaintiff"), incarcerated at Richard J. Donovan Correctional Facility ("RJD") in San Diego, California, and proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983, together with a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a).

  Both Plaintiff's Complaint and his IFP Motion were electronically filed by prison officials at RJD pursuant to S.D. Cal. General Order 653, which adopted an e-file pilot program between RJD and the United States Court for the Southern District of California in order to "reduce the cost and delay in processing court filings in civil rights cases brought by incarcerated plaintiffs [at RJD] under 42 U.S.C. § 1983." *See* S.D. Cal. Gen.

1

Order 653 at 1. Plaintiff's Complaint and his IFP were emailed from RJD and received by the Clerk of Court on the same day, and the case was assigned S.D. Cal. Civil Case No. 3:17-cv-02597-JLS-MDD. *See Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) (court "'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'") (citation omitted).

Plaintiff's Complaint names RJD's Chaplain Kahn, its Community Resources Manager R. Brown, Correctional Captain E. Garza, and Warden D. Paramo as Defendants, and it alleges violations of Plaintiff's rights to free exercise and equal protection related to his participation in Ramadan in May 2017. *See* S.D. Cal. Civil Case No. 3:17-cv-02597-JLS-MDD, Compl., ECF No. 1 at 2-7. On March 14, 2018, Judge Sammartino granted Plaintiff's IFP Motion, and directed the U.S. Marshal to effect service upon Defendants Kahn, Brown, Garza, and Paramo on Plaintiff's behalf pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3). *See id.*, ECF No. 5.

In the meantime, on January 16, 2018, the Clerk of Court received a second electronic copy of Plaintiff's Complaint and Motion to Proceed IFP from RJD officials, and not realizing the pleadings were exact duplicates of those first received on December 29, 2017, and already assigned S.D. Cal. Civil Case No. 3:17-cv-002597-JLS-MDD, opened this case and assigned it S.D. Cal. Civil Case No. 3:18-cv-00099-DMS-BLM.

The Clerk of the Court has since verified with RJD officials that the second filing was sent in error. The Court has also reviewed the pleadings in both cases, and confirms they are indeed identical. *See Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688-89 (9th Cir. 2007) ("[I]n assessing whether [a] second action is duplicative of the first, [courts] examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same."), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008).

///

///

**Conclusion and Order**

Accordingly, the Court sua sponte **DISMISSES** the later-filed and duplicate civil action assigned S.D. Cal. Civil Case No. 3:18-cv-00099-DMS-MDD without prejudice as inadvertently filed, and **DENIES** the pending Motion to Proceed IFP (ECF No. 2) as moot.

No filing fees are to be assessed in this matter, and the dismissal of this action shall operate without any prejudice to the pursuit of Plaintiff's pending claims in S.D. Cal. Civil Case No. 3:17-cv-02597-JLS-MDD. Moreover, the dismissal of this case shall *not* be counted as a "strike" against Plaintiff pursuant to 28 U.S.C. § 1915(g) in any future proceedings.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 16, 2018

Hon. Dana M. Sabraw
United States District Judge