

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Shields<br><br>Plaintiff,<br><br>V.<br><br>Chaplin Kahn, Chaplin; R. Brown, Community Resource Manager; E. Garza, Captain; D. Paramo, Warden<br><br>Defendant. | Civil Action No. 18-cv-00099-DMS-BLM<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Sua Sponte Dismisses the later-filed and duplicate civil action assigned S.D. Cal. Civil Case No. 3:18-cv-00099-DMS-MDD without prejudice as inadvertently filed, and Denies the pending Motion to Proceed IFP (ECF No. 2) as moot.

No filing fees are to be assessed in this matter, and the dismissal of this action shall operate without any prejudice to the pursuit of Plaintiff's pending claims in S.D. Cal. Civil Case No. 3:17-cv-02597-JLS-MDD. Moreover, the dismissal of this case shall not be counted as a "strike" against Plaintiff pursuant to 28 U.S.C. § 1915(g) in any future proceedings.

The Clerk shall close the file.

Date:   3/16/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Gutierrez
                              J. Gutierrez, Deputy